FILED
2021 Oct-22  AM 09:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **KORI HALLMARK, and DESTIN MATOS** | ) | |
| | ) | |
| | ) | |
| **Plaintiffs,** | ) | **CIVIL ACTION NUMBER:** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **BROOK HIGHLAND LLC; BROOK HIGHLAND BL LLC; BROOK HIGHLAND HL LLC; and DASMEN RESIDENTIAL LLC** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

_____

## COMPLAINT
_____

## I.    PARTIES

1.    Plaintiff Kori Hallmark is a resident citizen of Florida, aged nineteen (19) years or older.

2.    Plaintiff Destin Matos is a resident citizen of Florida, aged nineteen (19) years or older.

3.    Defendant Brook Highland LLC is a foreign company licensed to and doing business in Shelby County, Alabama.

4.    Defendant Brook Highland BL LLC is a foreign company licensed to and doing business in Shelby County, Alabama.

5.    Defendant Book Highland HL LLC is a foreign company licensed to and doing business in Shelby County, Alabama.

6.     Defendant Dasmen Residential LLC is a foreign company licensed to and doing business in Shelby County, Alabama.

## II. JURISDICTION

7.      This Court has jurisdiction over this action as the minimum amount in controversy is present and there is complete diversity of citizenship pursuant to 28 US § 1332. Venue is proper in this Court pursuant to 28 USC §1391(b)(2)

## III. STATEMENT OF FACTS

8.     Defendant Brook Highland LLC, Brook Highland BL LLC and Brook Highland HL LLC (collectively referred to as the "Owners") are the owners of an apartment complex called Brook Highland Place located at 1 Meadow Drive, Birmingham, Alabama

9.     Pursuant to a rental agreement (the "Contract") Plaintiff Kori Hallmark leased from Defendant Brook Highland LLC a single-family apartment located at 805 Meadow Drive, Birmingham, Alabama (the "Apartment").  Plaintiff Destin Matos resided in the Apartment with Hallmark.

10.     Defendant Dasmen Residential LLC is an affiliated company and agent of the Owners and acted as the property manager for Plaintiffs' apartment complex and unit.

11.     Plaintiffs moved into the Apartment in June 2018.

12.     In October 2018, Plaintiffs became aware of mold in their unit.  They contacted agents of the apartments to notify them of the mold.  No action by the agents were taken immediately to rectify the issue.

13.     During this time, Plaintiffs were forced to stay with family or in hotels due to the extend of mold and the smell.

14.    On October 28, 2018, Plaintiffs retained the services of Prime Disaster Specialist to perform mold testing on the unit.  Prime Disaster found elevated levels of mold in the unit including stachybotrys.

15.    When the apartment finally took action to rectify the issue, the individuals performing the repair work damaged a water pipe causing additional damage to the Apartment

16.    Based on the existence of mold in the unit and the additional damage caused by the repairs, Plaintiffs vacated the apartment at the end of October 2018.

17.    At the time, numerous personal items were damage as a result of the moisture intrusion and mold, that Plaintiffs were forced to discard.

18.    As a direct and proximate result of the Defendants' acts and omissions, Plaintiffs have suffered physical pain and injury, emotional distress, mental anguish, damage to personal property, and other expenses related to medical treatment.

### IV. CAUSES OF ACTION

### COUNT ONE – BREACH OF CONTRACT

19.    Plaintiffs restates each and every allegation provided in the preceding paragraphs as if set forth fully herein, and further alleges:

20.    Plaintiffs and Defendants agreed to perform certain obligations under the terms of a Contract into which they entered.

21.    Plaintiffs agreed to pay Defendants a set sum per month as rent for the Apartment, owned by Owners and maintained by Dasmen.

22.    Defendants agreed to ensure the premises complied with all building codes and other standards affecting health and safety and agreed to make repairs and do what is necessary to keep the premises in a fit and habitable condition.

3

23.    Plaintiffs fulfilled their obligations to the Defendants under the Contract.

24.    Defendants breached the Contract by failing to properly repair the moisture intrusion issues or remediate the mold and fungal growth, both of which were necessary to keep the premises in a fit and habitable condition.

25.    As a direct and proximate result of the breach of contract by Defendant, Plaintiffs have suffered physical pain and injury, emotional distress, mental anguish and lost expenses.

## V. <u>PRAYER FOR RELIEF</u>

WHEREFORE, Plaintiffs pray that judgment be entered against Defendants, in an amount to be determined by the trier of fact, and for further exemplary damages to the extent permitted by law. Plaintiffs also demands the costs of this action, attorneys' fees, expenses, and interest on the judgment as allowed by law.

Dated:  October 21, 2021

**PLAINTIFFS DEMANDS TRIAL BY A STRUCK JURY**

<u>s/ David L. Horsley</u>
David L. Horsley (asb-6090-i47h)
Attorneys for Plaintiffs

**OF COUNSEL:**
H. ARTHUR EDGE, P.C.
2320 Highland Ave. S., STE 175
Birmingham, Alabama 35205
(205) 453-0322
(205) 453-0326 (fax)E
david@edgelawyers.com

**SERVE VIA CERTIFIED MAIL:**

**BROOK HIGHLAND LLC**
**C/O CORPORATE CREATIONS NETWORK INC**
**4000 EAGLE POINT CORPORATE DRIVE**
**BIRMINGHAM, ALABAM 35242**

**BROOK HIGHLAND BL LLC**
**C/O CORPORATE CREATIONS NETWORK INC**
**4000 EAGLE POINT CORPORATE DRIVE**
**BIRMINGHAM, ALABAM 35242**

**BROOK HIGHLAND HL LLC**
**C/O CORPORATE CREATIONS NETWORK INC**
**4000 EAGLE POINT CORPORATE DRIVE**
**BIRMINGHAM, ALABAM 35242**

**DASMEN RESIDENTIAL LLC**
**581 FRANKLIN TURNPIKE**
**RAMSEY, NEW JERSY 07446**