# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

KORI HALLMARK, *et al.*,

    Plaintiffs,                        Civil Action No. 2:21-cv-01419-JHE

    v.

BROOK HIGHLAND LLC, *et al.*,

    Defendants.

## JOINT STIPULATION OF DISMISSAL

The parties represent to the Court that they have entered into a settlement agreement in this matter, the terms of which call for a dismissal of this action with prejudice. Under Federal Rule of Civil Procedure 41, the parties stipulate that the above-styled action may be dismissed with prejudice, costs taxed as paid.

**RESPECTFULLY SUBMITTED** this February 15, 2023.

| | |
|---|---|
| */s/ David L. Horsley* | */s/ Jeremy W. Richter* |
| H. Arthur Edge, P.C. (asb-6090-i47h) | Stacy L. Moon (asb-6468-i72s) |
| david@edgelawyers.com | smoon@grsm.com |
| *Attorney for Plaintiffs* | Jeremy W. Richter (asb-2572-h93f) |
| | jrichter@grsm.com |
| | *Attorneys for Defendants Brook Highland LLC, Brook Highland BL LLC, Brook Highland HL LLC, and Dasmen Residential LLC* |